BEFORE THE SECOND DIVISION, APRIL 15, 1959

**No. 62974.**—D. C. Andrews & Company, Inc. *v.* United States, protest 58/4075 (New York).

Opinion by LAWRENCE, J.  The protest was dismissed.

**No. 62975.**—Adrian Hamers, Inc. *v.* United States, protest 58/6472 (New York).

Opinion by LAWRENCE, J.  The protest was dismissed.

BEFORE THE THIRD DIVISION, APRIL 15, 1959

**No. 62976.**—Howard S. Reeder *v.* United States, protests 330055–K and 330058–K (Tampa).

Opinion by JOHNSON, J.  In accordance with oral stipulation of counsel that the ceramic novelties identified as items 439 and 8035 in protest 330055–K and items 11227, 11228, 11229, 11077, and 599 in protest 330058–K are in chief value of earthenware, the claim of the plaintiff was sustained.